## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00517-AP

MARK WATKINS,

        Plaintiff,

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Kristina Vasold, Esq.
Sawaya, Rose, McClure & Wilhite, P.C.
1600 Odgen Street
Denver, CO 80218
Telephone (303) 551-7701
E-mail: kvasold@sawayalaw.com

For Defendant:
John F. Walsh
United States Attorney

M. Thayne Warner
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO  80202
(303) 844-7237
thayne.warner@ssa.gov

J. BENEDICT GARCIA
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
(303) 454-0100
J.B.Garcia@usdoj.gov

1

2.      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

      A.      **Date Complaint Was Filed:** February 27, 2013

      B.      **Date Complaint Was Served on U.S. Attorney's Office:** March 15, 2013

      C.      **Date Answer and Administrative Record Were Filed:** May 10, 2013

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.  However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

7.      **OTHER MATTERS**

There are no other matters anticipated.  Plaintiff's current claim does not involve any prior judicial proceedings.

**8.      BRIEFING SCHEDULE**

Attorneys for both parties agree to the following proposed briefing schedule:

**A.      Plaintiff's Opening Brief Due:** June 28, 2013

**B.      Defendant's Response Brief Due:** July 29, 2013

**C.      Plaintiff's Reply Brief (If Any) Due:** August 13, 2013

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

**A.      Plaintiff's Statement:**  Plaintiff does not request oral argument.

**B.      Defendant's Statement:**   Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 28th day of May, 2013.

BY THE COURT:


s/John L. Kane_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Kristina J. Vasold<br>Sawaya, Rose, McClure & Wilhite, P.C.<br>1600 Ogden Street<br>Denver, CO  80218<br>Telephone (303) 551-7701<br>E-mail: kvasold@sawayalaw.com<br><br>Attorney for the Plaintiff | JOHN F. WALSH<br>United States Attorney<br><br>s/M. Thayne Warner<br>Special Assistant<br>Assistant Regional Counsel<br>Office of the General Counsel<br>Social Security Administration<br>1001 Seventeenth Street<br>Denver, CO  90202<br>(303) 844-7237<br>thayne.warner@ssa.gov<br><br>J. Benedict Garcia<br>Assistant United States Attorney<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado  80202<br>(303) 454-0100<br>E-mail: J.B.Garcia@usdoj.gov<br><br><br>Attorneys for Defendant. |