**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-00517-CMA

MARK WATKINS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

ORDERED that  this action was decided by Judge Christine M. Arguello on Plaintiff's MARK WATKINS Social Security Appeal.  The Court has ordered that the decision of the administrative Law Judge is reversed and remanded.  Plaintiff is awarded his costs to be taxed by the Clerk of the Court.

  Dated at Denver, Colorado this 6th day of November, 2013.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        s/Sandra Hartmann

                        Sandra Hartmann
                        Deputy Clerk