## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 13-cv-00517-CMA

MARK WATKINS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

### ORDER GRANTING AWARD OF REASONABLE ATTORNEY FEES
### UNDER THE EQUAL ACCESS TO JUSTICE ACT

---

This matter is before the Court on the parties' Joint Stipulation to Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. # 21). Having reviewed the Joint Stipulation, the Court hereby

ORDERS that, pursuant to the Joint Stipulation and 28 U.S.C. § 2412, Defendant shall pay to Plaintiff, through counsel, reasonable attorney fees in the amount of $5,500.00.

DATED: December  03 , 2013

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge